**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** <br><br>**Durwood Hankinson,** <br>         Debtor, <br><br>**Nationstar HECM Acquisition Trust 2018-1, Wilmington Savings Fund Society, FSB, not individually, but solely as trustee,** <br><br>         Movant, <br>**v.** <br><br>**Durwood Hankinson,** <br>         Debtor, <br><br>**William C. Miller, Esquire,** <br>         Trustee/Respondent, | **Bankruptcy No. 18-17841-mdc** <br><br>**Chapter 13** <br><br>**Hearing Date: August 4, 2020** <br>**Hearing Time: 10:30 a.m.** <br>**Location: 900 Market Street, Philadelphia, PA 19107** |

**ORDER OF COURT**

AND NOW, this  5th  day of  August , 2020, upon consideration of Nationstar HECM Acquisition Trust 2018-1, Wilmington Savings Fund Society, FSB, not individually, but solely as trustee's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar HECM Acquisition Trust 2018-1, Wilmington Savings Fund Society, FSB, not individually, but solely as trustee; and it is further

ORDERED, that Nationstar HECM Acquisition Trust 2018-1, Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 246 Christian Street

Philadelphia, PA 19147, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Nationstar HECM Acquisition Trust 2018-1, Wilmington Savings Fund Society, FSB, not individually, but solely as trustee's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge