**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
|    Durwood Hankinson | :    Chapter 13 |
| | :    Case No.: 18-17841 MDC |
|    Debtor(s) | : |

## **O R D E R**

AND NOW, this _____ day of _____ 2022, upon consideration of the Motion to Vacate the Order Granting Relief from the Automatic Stay to Nationstar Mortgage, LLC., it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order granting relief of the automatic stay is hereby VACATED.

FURTHER ORDERED:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE