# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    Durwood Hankinson : Chapter 13
     : Case No.: 18-17841 MDC
    Debtor(s) :

## ORDER GRANTING DEBTORS' REQUEST FOR AN EXPEDITED HEARING

AND NOW, this _____ day of _____, 2022, upon consideration of the Debtors' Motion for an Expedited Hearing to Sell the Property, it is hereby:

ORDERED and DECREED that a hearing will take place on:

Date: _____

Time: _____

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee

FURTHER ORDERED:

DATE: _____  
                                  HONORABLE MAGDELINE D. COLEMAN  
                                  CHIEF U.S. BANKRUPTCY JUDGE