**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Durwood Hankinson | : | Chapter 13 |
| | : | Case No.: 18-17841 MDC |
|    Debtor(s) | : | |

## **CERTIFICATE OF SERVICE**

    I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Vacate Order Granting Relief of the Automatic Stay by electronic or regular US Mail on all creditors on the master mailing matrix and the following parties by electronic means or regular US mail:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

**Charles Wohlrab, Esq.**
Attorney for *Nationstar Mortgage, LLC.*
Via Electronic Mail: cwohlrab@raslg.com

Dated: March 29, 2022

/s/Brad J. Sadek, Esq.
Attorney for Debtor