### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Durwood Hankinson | : | Chapter 13 |
| | : | Case No.: 18-17841 MDC |
|     Debtor(s) | : | |

### O R D E R

AND NOW, this 20th day of April 2022, upon consideration of the Motion to Vacate the Order Granting Relief from the Automatic Stay to Nationstar Mortgage, LLC., it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order granting relief of the automatic stay is hereby VACATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE