| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Durwood Hankinson | Case Number:<br><br>2:2018-bk-17841 | |
| Name of Creditor:<br>  Mortgage Assets Management, LLC || |
| Name of Current Servicer of account:<br>  PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  PHH Mortgage Corporation<br>  PO Box 24605<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>  1 Mortgage Way<br>  Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: RSVRF<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| 1.    **Account Number:  2241** || _ Check this box if the account number has changed. |
| 2.    **Court Claim Number: 3** |||
| 3.    **Signature:**<br><br> **Check the appropriate box.**<br>       **I am the creditor.**<br>   X   **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>       **I am the trustee, or the debtor.**<br>       **I am a guarantor, surety, endorser, or other codebtor.**<br><br>  By:   /s/ John Shelley                              Date:  02/18/2023<br>        Authorized Filing Agent for PHH Mortgage Services |||

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CASE NO.: 18-17841

**Durwood Hankinson**     CHAPTER: 13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*     *By U.S. Postal Service First Class Mail Postage Prepaid:*

Durwood Hankinson
901 S. 3rd Street
Philadelphia, PA 19147

*Debtor's Attorney:*     *By CM / ECF Filing:*

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

*Trustee:*     *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)