# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Durwood Hankinson,**<br>　　　Debtor.<br>**Mortgage Assets Management, LLC,**<br>　　　Movant,<br>v.<br>**Durwood Hankinson,**<br>　　　Debtor/Respondent,<br>**KENNETH E. WEST, Esquire,**<br>　　　Trustee/Respondent. | **Bankruptcy No. 18-17841-mdc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this 24th day of August, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge