United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Durwood Hankinson  
    Debtor

Case No. 18-17841-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 25, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Durwood Hankinson, 901 S. 3rd Street, Philadelphia, PA 19147-4206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRAD J. SADEK  
    on behalf of Debtor Durwood Hankinson brad@sadeklaw.com  
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRANDON DONALD PACK  
    on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1 Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bpack@rasnj.com

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor Mortgage Asset Management  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB  
    on behalf of Creditor Mortgage Asset Management  LLC bkecf@friedmanvartolo.com

CHARLES GRIFFIN WOHLRAB  
    on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1 Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bkecf@friedmanvartolo.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Mortgage Asset Management LLC mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia/School District of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Durwood Hankinson,**<br>        Debtor.<br>**Mortgage Assets Management, LLC,**<br>        Movant,<br>v.<br>**Durwood Hankinson,**<br>        Debtor/Respondent,<br>**KENNETH E. WEST, Esquire,**<br>        Trustee/Respondent. | **Bankruptcy No. 18-17841-mdc**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 24th day of August, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge