**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Durwood Hankinson | : | Chapter 13 |
| | : | Case No.: 18-17841-MDC |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: September 11, 2023        /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek and Cooper Law Offices, LLC
                                  1500 JFK Boulevard, Suite #220
                                  Philadelphia, Pa 19102
                                  brad@sadeklaw.com
                                  215-545-0008