United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17841-mdc |
| Durwood Hankinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Durwood Hankinson, 901 S. 3rd Street, Philadelphia, PA 19147-4206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Durwood Hankinson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRANDON DONALD PACK | on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bpack@rasnj.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Mortgage Asset Management  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Mortgage Asset Management  LLC bkecf@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bkecf@friedmanvartolo.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Sep 21, 2023 Form ID: pdf900 Total Noticed: 1

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Mortgage Asset Management LLC mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia/School District of Philadelphia pamela.thurmond@phila.gov
    edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Durwood Hankinson | : | Chapter 13 |
| | : | Case No.: 18-17841-MDC |
| Debtor. | : | |

### O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

FURTHER ORDERED:

BY THE COURT:

Dated: 09/21/2023

HONORABLE MAGDELINE D COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE