IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Durwood Hankinson | : | Chapter 13 |
| | : | Case No.: 18-17841-MDC |
|                     Debtor. | : | |

**O R D E R**

Upon consideration of the Supplemental Application for Compensation (the "Application") filed by the Debtor(s)' counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.

_____
MAGDELINE D COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Dated:** October 13, 2023