United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-17841-mdc

Durwood Hankinson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Oct 17, 2023     Form ID: pdf900     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Durwood Hankinson, 901 S. 3rd Street, Philadelphia, PA 19147-4206 |
| cr | | City of Philadelphia/School District of Philadelph, Law Department - Tax & Revenue Unit, 1401 J.F.K. Blvd., Room 580, Philadelphia, PA 19102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 18 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 18 2023 00:15:00 | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, RAS CRANE, LLC, 10700 Abbotts Bridge Road, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 18 2023 00:15:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 18 2023 00:15:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 17, 2023 | Form ID: pdf900 | Total Noticed: 7 |
| Date: Oct 19, 2023 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRAD J. SADEK
  on behalf of Debtor Durwood Hankinson brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRANDON DONALD PACK
  on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1 Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bpack@rasnj.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor Mortgage Asset Management LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
  on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1 Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bkecf@friedmanvartolo.com

CHARLES GRIFFIN WOHLRAB
  on behalf of Creditor Mortgage Asset Management LLC bkecf@friedmanvartolo.com

JACK K. MILLER
  on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
  on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com

MICHELLE L. MCGOWAN
  on behalf of Creditor Mortgage Asset Management LLC mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor City of Philadelphia/School District of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Durwood Hankinson | : | Chapter 13 |
| | : | Case No.: 18-17841-MDC |
|                           Debtor. | : | |

### O R D E R

Upon consideration of the Supplemental Application for Compensation (the "Application") filed by the Debtor(s)' counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.

**Dated:** October 13, 2023

_____
MAGDELINE D COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE