IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Durwood Hankinson | : | Chapter 13 |
|  | : | Case No. 18-17841-PMM |
| Debtor | : | |

## RESPONSE TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order Granting Relief from the Automatic Stay in the instant Bankruptcy matter.

Respectfully submitted,

Dated: September 10, 2024

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*