UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Durwood Hankinson,**<br>          Debtor.<br>**Mortgage Assets Management, LLC,**<br>          Movant,<br>v.<br>**Durwood Hankinson,**<br>          Debtor/Respondent,<br>**KENNETH E. WEST, Esquire,**<br>          Trustee/Respondent. | **Bankruptcy No. 18-17841-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW this 23rd of October, 2024 upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*Patricia M. Mayer*

U.S. Bankruptcy Judge Patricia M. Mayer