United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 18-17841-pmm

Durwood Hankinson   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Oct 23, 2024   Form ID: pdf900   Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol     Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Durwood Hankinson, 901 S. 3rd Street, Philadelphia, PA 19147-4206 |
| cr | | City of Philadelphia/School District of Philadelph, Law Department - Tax & Revenue Unit, 1401 J.F.K. Blvd., Room 580, Philadelphia, PA 19102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 23 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 23 2024 23:50:00 | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, RAS CRANE, LLC, 10700 Abbotts Bridge Road, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 23 2024 23:50:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 23 2024 23:50:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: pdf900 | Total Noticed: 7 |

Date: Oct 25, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:**

**Name**  **Email Address**

BRAD J. SADEK
on behalf of Debtor Durwood Hankinson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRANDON DONALD PACK
on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bpack@rasnj.com

DENISE ELIZABETH CARLON
on behalf of Creditor Mortgage Asset Management  LLC bkgroup@kmllawgroup.com

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY
on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com

MICHELLE L. MCGOWAN
on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Mortgage Asset Management  LLC mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
on behalf of Creditor City of Philadelphia/School District of Philadelphia pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Durwood Hankinson,**<br>    Debtor.<br><br>**Mortgage Assets Management, LLC,**<br>    Movant,<br>v.<br>**Durwood Hankinson,**<br>    Debtor/Respondent,<br>**KENNETH E. WEST, Esquire,**<br>    Trustee/Respondent. | **Bankruptcy No. 18-17841-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW this 23rd of October, 2024 upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*Patricia M. Mayer*

U.S. Bankruptcy Judge Patricia M. Mayer