United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17841-pmm |
| Durwood Hankinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Durwood Hankinson, 901 S. 3rd Street, Philadelphia, PA 19147-4206 |
| cr | | City of Philadelphia/School District of Philadelph, Law Department - Tax & Revenue Unit, 1401 J.F.K. Blvd., Room 580, Philadelphia, PA 19102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 21 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 21 2025 00:44:00 | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, RAS CRANE, LLC, 10700 Abbotts Bridge Road, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 21 2025 00:44:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 21 2025 00:44:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2                      User: admin                      Page 2 of 2
Date Rcvd: Feb 20, 2025              Form ID: pdf900              Total Noticed: 7

Date: Feb 22, 2025                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Durwood Hankinson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRANDON DONALD PACK | on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bpack@rasnj.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mortgage Asset Management  LLC bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mortgage Asset Management  LLC mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia/School District of Philadelphia pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| | : | Chapter 13 |
| Durwood Hankinson | : | |
| | : | Case No. 18-17841-PMM |
| | : | |
| Debtor[s] . | : | |

ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __129__, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # __131__) is **approved**.

*Patricia M. Mayer*

Date: 2/20/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE