**Fill in this information to identify the case:**

Debtor 1          **DURWOOD  HANKINSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Eastern District of Pennsylvania**
                                                                                    (State)

Case Number     **18-17841-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   PHH MORTGAGE SERVICES

**Court claim no.**  (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account:   2  0  2  8

**Property Address:**       901 SOUTH 3RD STREET
                            Number        Street

                            Philadelphia                              PA     19147
                            City                                      State   ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      70,446.38 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      70,446.38 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      12,360.13 |
| d.  Total amount of arrearages disbursed by the trustee: | $      82,806.51 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____ . All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____    Date   01/08/2026 _____
   Signature

Trustee    Kenneth E. West _____
           First Name       Middle Name       Last Name

Address    190 N. Independence Mall West, Suite 701 _____
           Number       Street

           Philadelphia _____    PA    19106 _____
           City                        State   ZIP Code

Contact phone   (215) 627-1377 _____    Email   info@ph13trustee.com _____

| Debtor 1 | **DURWOOD HANKINSON** | | | Case Number **18-17841-DJB** | | Page 1 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/09/2019 | 2495026 | Disbursement To Creditor/Principal | 2,843.97 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/09/2019 | 2496526 | Disbursement To Creditor/Principal | 1,331.22 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/09/2019 | 2499597 | Disbursement To Creditor/Principal | 1,340.03 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/09/2020 | 2502350 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/10/2020 | 2503878 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/09/2020 | 2505490 | Disbursement To Creditor/Principal | 373.89 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/08/2020 | 2506916 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/10/2020 | 2506916 | Cancelled Check To Creditor/Principal | -1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/10/2020 | 2507768 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/08/2020 | 2508351 | Disbursement To Creditor/Principal | 2,288.22 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/13/2020 | 2511369 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/10/2020 | 2512855 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/10/2020 | 2514262 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/07/2020 | 2515652 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/10/2020 | 2517126 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/09/2020 | 2518599 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/08/2021 | 2520023 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/10/2021 | 2521477 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/08/2021 | 2522987 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/09/2021 | 2524449 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/10/2021 | 2526027 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/09/2021 | 2527503 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/09/2021 | 2528966 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/09/2021 | 2530389 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/09/2021 | 2531818 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/08/2021 | 3000616 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/09/2021 | 3001989 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/09/2021 | 3003346 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/10/2022 | 3004620 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/07/2022 | 3005943 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/07/2022 | 3007186 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/05/2022 | 3007186 | Cancelled Check To Creditor/Principal | -890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008569 | Disbursement To Creditor/Principal | 1,781.13 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/05/2022 | 3004620 | Cancelled Check To Creditor/Principal | -890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/11/2022 | 3010017 | Disbursement To Creditor/Principal | 1,781.14 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/09/2022 | 3011266 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/12/2022 | 3012553 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/16/2022 | 3013864 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/08/2022 | 3015023 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/11/2022 | 3016190 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/15/2022 | 3017475 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/13/2022 | 3018738 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/10/2023 | 3019963 | Disbursement To Creditor/Principal | 1,781.14 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/09/2023 | 3022415 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/12/2023 | 3023667 | Disbursement To Creditor/Principal | 1,781.13 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3026110 | Disbursement To Creditor/Principal | 1,781.14 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3027245 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/15/2023 | 3028389 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/21/2023 | 4000423 | Disbursement To Creditor/Principal | 1,545.35 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/16/2024 | 4001278 | Disbursement To Creditor/Principal | 772.67 |

| Debtor 1 | **DURWOOD  HANKINSON** | | Case Number **18-17841-DJB** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/12/2024 | 4002184 | Disbursement To Creditor/Principal | 772.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/12/2024 | 4003106 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004933 | Disbursement To Creditor/Principal | 1,545.35 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/14/2024 | 4005861 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/17/2024 | 4006814 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/11/2024 | 4008584 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/16/2024 | 4009450 | Disbursement To Creditor/Principal | 1,553.94 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/11/2024 | 4011201 | Disbursement To Creditor/Principal | 3,125.04 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/15/2025 | 4012056 | Disbursement To Creditor/Principal | 781.26 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013768 | Disbursement To Creditor/Principal | 1,589.62 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014624 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/14/2025 | 4015507 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/11/2025 | 4016367 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/16/2025 | 4017188 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/13/2025 | 4018035 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/15/2025 | 4019721 | Disbursement To Creditor/Principal | 2,145.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/19/2025 | 4020616 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/10/2025 | 4021496 | Disbursement To Creditor/Principal | 250.42 |
| | | | | | Total for Claim Number 3: | 70,446.38 |

**Total for Part 3 - b (Prepetition Arrears):** **70,446.38**

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 11/09/2023 | 3031558 | Disbursement To Creditor/Principal | 684.00 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000423 | Disbursement To Creditor/Principal | 244.30 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001278 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002184 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003106 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 05/13/2024 | 4004933 | Disbursement To Creditor/Principal | 244.29 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 06/14/2024 | 4005861 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006814 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 09/11/2024 | 4008584 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 10/16/2024 | 4009450 | Disbursement To Creditor/Principal | 245.65 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011201 | Disbursement To Creditor/Principal | 494.02 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012056 | Disbursement To Creditor/Principal | 123.50 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013768 | Disbursement To Creditor/Principal | 251.29 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014624 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015507 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016367 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017188 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018035 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019721 | Disbursement To Creditor/Principal | 339.11 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020616 | Disbursement To Creditor/Principal | 169.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021496 | Disbursement To Creditor/Principal | 39.59 |
| | | | | | Total for Claim Number 3: | 4,416.00 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013768 | Disbursement To Creditor/Principal | 1,211.84 |

| Debtor 1 | **DURWOOD  HANKINSON** | Case Number **18-17841-DJB** | Page 3 |
| | Name | | |

# History Of Payments

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---------|------|---------------|------|---------|---------------------|--------|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014624 | Disbursement To Creditor/Principal | 817.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015507 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016367 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017188 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018035 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019721 | Disbursement To Creditor/Principal | 1,635.35 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020616 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021496 | Disbursement To Creditor/Principal | 190.91 |
| | | | | | Total for Claim Number 3: | 7,944.13 |

**Total for Part 3 - c (Postpetition Arrears):**   12,360.13

**Fill in this information to identify the case:**

Debtor 1        **DURWOOD  HANKINSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number     **18-17841-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                          **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   PHH MORTGAGE SERVICES

**Court claim no.**  (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account:     2   0   2   8

**Property Address:**        901 SOUTH 3RD STREET
                             Number        Street


                             Philadelphia                          PA
                             City                          State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      70,446.38 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      70,446.38 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      12,360.13 |
| d.  Total amount of arrearages disbursed by the trustee: | $      82,806.51 |

| **Part 4:** | **Postpetition Payment** |

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____ -0-

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)** |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West                           Date   01/08/2026
Signature

Trustee      Kenneth E. West
First Name          Middle Name          Last Name

Address      190 N. Independence Mall West, Suite 701
Number          Street

Philadelphia                          PA     19106
City                                  State   ZIP Code

Contact phone   (215) 627-1377            Email  info@ph13trustee.com

| Debtor 1 | **DURWOOD  HANKINSON** | | Case Number **18-17841-DJB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/09/2019 | 2495026 | Disbursement To Creditor/Principal | 2,843.97 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/09/2019 | 2496526 | Disbursement To Creditor/Principal | 1,331.22 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/09/2019 | 2499597 | Disbursement To Creditor/Principal | 1,340.03 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/09/2020 | 2502350 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/10/2020 | 2503878 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/09/2020 | 2505490 | Disbursement To Creditor/Principal | 373.89 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/08/2020 | 2506916 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/10/2020 | 2506916 | Cancelled Check To Creditor/Principal | -1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/10/2020 | 2507768 | Disbursement To Creditor/Principal | 1,335.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/08/2020 | 2508351 | Disbursement To Creditor/Principal | 2,288.22 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/13/2020 | 2511369 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/10/2020 | 2512855 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/10/2020 | 2514262 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/07/2020 | 2515652 | Disbursement To Creditor/Principal | 871.21 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/10/2020 | 2517126 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/09/2020 | 2518599 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/08/2021 | 2520023 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/10/2021 | 2521477 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/08/2021 | 2522987 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/09/2021 | 2524449 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/10/2021 | 2526027 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/09/2021 | 2527503 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/09/2021 | 2528966 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/09/2021 | 2530389 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/09/2021 | 2531818 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/08/2021 | 3000616 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/09/2021 | 3001989 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/09/2021 | 3003346 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/10/2022 | 3004620 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/07/2022 | 3005943 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/07/2022 | 3007186 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/05/2022 | 3007186 | Cancelled Check To Creditor/Principal | -890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008569 | Disbursement To Creditor/Principal | 1,781.13 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/05/2022 | 3004620 | Cancelled Check To Creditor/Principal | -890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/11/2022 | 3010017 | Disbursement To Creditor/Principal | 1,781.14 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/09/2022 | 3011266 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/12/2022 | 3012553 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/16/2022 | 3013864 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/08/2022 | 3015023 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/11/2022 | 3016190 | Disbursement To Creditor/Principal | 890.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/15/2022 | 3017475 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/13/2022 | 3018738 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/10/2023 | 3019963 | Disbursement To Creditor/Principal | 1,781.14 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/09/2023 | 3022415 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/12/2023 | 3023667 | Disbursement To Creditor/Principal | 1,781.13 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3026110 | Disbursement To Creditor/Principal | 1,781.14 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3027245 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/15/2023 | 3028389 | Disbursement To Creditor/Principal | 890.57 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/21/2023 | 4000423 | Disbursement To Creditor/Principal | 1,545.35 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/16/2024 | 4001278 | Disbursement To Creditor/Principal | 772.67 |

| Debtor 1 | **DURWOOD HANKINSON** | | Case Number **18-17841-DJB** | Page 2 |
| | Name | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/12/2024 | 4002184 | Disbursement To Creditor/Principal | 772.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/12/2024 | 4003106 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004933 | Disbursement To Creditor/Principal | 1,545.35 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/14/2024 | 4005861 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/17/2024 | 4006814 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/11/2024 | 4008584 | Disbursement To Creditor/Principal | 772.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/16/2024 | 4009450 | Disbursement To Creditor/Principal | 1,553.94 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/11/2024 | 4011201 | Disbursement To Creditor/Principal | 3,125.04 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/15/2025 | 4012056 | Disbursement To Creditor/Principal | 781.26 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013768 | Disbursement To Creditor/Principal | 1,589.62 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014624 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/14/2025 | 4015507 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/11/2025 | 4016367 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/16/2025 | 4017188 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/13/2025 | 4018035 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/15/2025 | 4019721 | Disbursement To Creditor/Principal | 2,145.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/19/2025 | 4020616 | Disbursement To Creditor/Principal | 1,072.58 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/10/2025 | 4021496 | Disbursement To Creditor/Principal | 250.42 |
| | | | | | Total for Claim Number 3: | 70,446.38 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **70,446.38** |

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 11/09/2023 | 3031558 | Disbursement To Creditor/Principal | 684.00 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000423 | Disbursement To Creditor/Principal | 244.30 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001278 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002184 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003106 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 05/13/2024 | 4004933 | Disbursement To Creditor/Principal | 244.29 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 06/14/2024 | 4005861 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006814 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 09/11/2024 | 4008584 | Disbursement To Creditor/Principal | 122.15 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 10/16/2024 | 4009450 | Disbursement To Creditor/Principal | 245.65 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011201 | Disbursement To Creditor/Principal | 494.02 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012056 | Disbursement To Creditor/Principal | 123.50 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013768 | Disbursement To Creditor/Principal | 251.29 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014624 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015507 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016367 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017188 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018035 | Disbursement To Creditor/Principal | 169.56 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019721 | Disbursement To Creditor/Principal | 339.11 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020616 | Disbursement To Creditor/Principal | 169.55 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021496 | Disbursement To Creditor/Principal | 39.59 |
| | | | | | Total for Claim Number 3: | 4,416.00 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013768 | Disbursement To Creditor/Principal | 1,211.84 |

| Debtor 1 | **DURWOOD  HANKINSON** | | Case Number **18-17841-DJB** | Page 3 |
| | Name | | | |

# History Of Payments

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014624 | Disbursement To Creditor/Principal | 817.68 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015507 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016367 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017188 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018035 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019721 | Disbursement To Creditor/Principal | 1,635.35 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020616 | Disbursement To Creditor/Principal | 817.67 |
| 3 | PHH MORTGAGE SERVICES | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021496 | Disbursement To Creditor/Principal | 190.91 |
| | | | | | Total for Claim Number 3: | 7,944.13 |
| | | | | | | |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **12,360.13** |