Certificate Number: 03088-PAE-DE-040522798

Bankruptcy Case Number: 18-17841



03088-PAE-DE-040522798

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2026, at 9:02 o'clock AM CST, Durwood Hankinson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 19, 2026

By: /s/Susan D Gann

Name: Susan D Gann

Title: Counselor