United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17841-djb

Durwood Hankinson                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Durwood Hankinson, 901 S. 3rd Street, Philadelphia, PA 19147-4206 |
| 14270197 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, 8950 Cypress Waters Blvd, Coppell TX 75019-4620 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14237163 | + | Email/Text: jvalencia@amhfcu.org | Apr 17 2026 00:30:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14237166 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:29:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14332637 | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:31:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14237167 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:35:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14265008 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14681414 | ^ | MEBN | Apr 17 2026 00:27:40 | Mortgage Asset Management, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14686349 | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 00:29:00 | Mortgage Asset Management, LLC, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14688378 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 17 2026 00:29:00 | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14243789 | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 00:29:00 | Nationstar Mortgage LLC, dba Champion Mortgage Company, c/o Kevin Buttery, Esq., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14248447 | ^ | MEBN | Apr 17 2026 00:27:31 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 15 |

14686041     + Email/Text: RASEBN@raslg.com

Bankruptcy Dept 3F

Apr 17 2026 00:29:00    RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14237164 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14237165 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14243790 | *+ | Nationstar Mortgage LLC, dba Champion Mortgage Company, c/o Kevin Buttery, Esq., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Durwood Hankinson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRANDON DONALD PACK | on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, bpack@rasnj.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mortgage Asset Management  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar HECM Acquisition Trust 2018-1  Wilmington Savings Fund Society, FSB, not individually, but solely as trustee, mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mortgage Asset Management  LLC mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia/School District of Philadelphia pamela.thurmond@phila.gov |
| ROBERT BRIAN SHEARER | on behalf of Creditor Mortgage Asset Management  LLC rshearer@raslg.com |

District/off: 0313-2                                    User: admin                                    Page 3 of 3

Date Rcvd: Apr 16, 2026                        Form ID: 138OBJ                        Total Noticed: 15

United States Trustee

         USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)−doc 151 − 142

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Durwood Hankinson                   )          Case No. 18−17841−djb
                                       )
                                       )
   Debtor(s).                          )          Chapter: 13
                                       )
                                       )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 16, 2026                                For The Court

                                                    Mohung Wong
                                                    Clerk of Court